IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'26 FEB 19 PM 3:56

Jada E. Thompson
3806 Evergreen Avenue
Baltimore MD 21206

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Cigna-Evernorth Services
2405 York Road Suite 201
Lutherville Timenium MD 21093

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _SAG 26 CV 00692_

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

HD

Rcv'd by: __AR__

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Jada E. Thompson_
Street Address _3806 Evergreen Avenue_
City and County _Baltimore MD 21206_
State and Zip Code _Maryland 21206_
Telephone Number _443-850-0012_
E-mail Address _jadateler95@yahoo.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Cigna-Evernorth Services, Inc._
Job or Title
(if known)
Street Address _2405 York Road Suite 201_
City and County _Lutherville Timonium_
State and Zip Code _MD 21093_
Telephone Number
E-mail Address
(if known)

2

Defendant No. 2

    Name                      _____

    Job or Title
    (if known)                  _____

    Street Address            _____

    City and County         _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address
    (if known)                  _____

Defendant No. 3

    Name                      _____

    Job or Title
    (if known)                  _____

    Street Address            _____

    City and County         _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address
    (if known)                  _____

Defendant No. 4

    Name                      _____

    Job or Title
    (if known)                  _____

    Street Address            _____

    City and County         _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address
    (if known)                  _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

     ☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*This issue arises under Title VII of the Civil Rights Act of 1964, the Pregnant Workers Fairness Act, and the Americans with Disabilities Act.*

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

     a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

     b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . *Or* is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . *Or* is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plantiff was employed by Cigna Evernorth Services Inc. in Maryland. During her employment, Plantiff became pregnant and experienced pregnancy-related medical complications that qualified as a disability. Plantiff informed Defendant and requested accomodations for pregnancy related absenses. Defendant counted these protected absenses. Plantiff was later terminated due to attendance. Plantiff filed EEOC charge which fejnd reasenable cause that defendant viclated Title VII, the pregnant workers Act, and the Americans with Disabilities Act.

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff seeks relief for discrimination, failure to accomodate, and wrongful termination.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2|19 , 2026

Signature of Plaintiff    _Dada Thompson_

Printed Name of Plaintiff    _Dada Thompson_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20___.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

8